# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TDY INDUSTRIES, INC., | )<br>) |
| Plaintiff, | ) Civil Action No. 07-388<br>) |
| v. | ) Judge Cercone<br>) Magistrate Judge Caiazza |
| HAMILTON SUNDSTRAND CORPORATION, | )<br>)<br>) |
| Defendant. | ) |

## ORDER

The Plaintiff's Objections to the magistrate judge's Opinion and Order dated June 14, 2007 will be overruled.

Most of TDY's arguments were rejected, explicitly or implicitly, through the magistrate judge's analyses. Those that remain were not presented in the Plaintiff's prior briefing, and they cannot properly be raised for the first time in objections to the District Court. See Hunter v. Copeland, 2004 WL 1562832, *1 (E.D. La. Jul. 12, 2004) ("[a] party is not entitled to raise new theories or arguments in its objections") (citation omitted). Either way, TDY has failed to show that the magistrate judge's rulings were clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A).

For these reasons, the Plaintiff's Objections (Doc. 14) are OVERRULED, and this case is **TRANSFERRED FORTHWITH** to the United States District Court for the District of Connecticut.

THESE THINGS ARE SO ORDERED on this ___16th___ day of ___July___, 2007.

_____
David S. Cercone
United States District Judge

cc (via email):

James P. Hollihan, Esq.
Michael J. McShea, Esq.